IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00787-WYD-MEH

ATLANTIC MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before this Court on the parties Stipulated Motion For Voluntary Dismissal With Prejudice [# 16], and the Court having reviewed said Motion and being fully apprised in the premises, it is hereby

ORDERED that the Stipulated Motion For Voluntary Dismissal With Prejudice [# 16] is **GRANTED**. It is

FURTHER ORDERED that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

Dated: July 9, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge